UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 1 2 2005

FILED

Rosemary Pye, Regional Director
of the First Region of the
National Labor Relations Board,
for and on behalf of the
National Labor Relations Board

v.                                                               Case No. 04-cv-12-SM

EAD Motors Eastern Air Devices, Inc.

## ORDER

On July 22, 2004, this court issued an order granting a preliminary injunction in this matter. This matter has been pending final disposition before the National Labor Relations Board since that time. This case shall be stayed and administratively closed pending that final disposition.

It is therefore ordered that the counsel for Plaintiff shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues

SO ORDERED.

By the Court,

July 12, 2005

Steven J. McAuliffe
Chief Judge

cc:   Avrom J. Herbster, Esq.
      Keith E. Sweeney, Esq.
      James A. McCormack, Esq.
      Timothy J. O'Brien, Esq.
      Stephen Koslow, Esq.